**U.S. Department of Justice**



United States Attorney
Eastern District of New York

MPC
F.#2010R02236

United States Attorney's Office
610 Federal Plaza
Central Islip, New York 11722-4454

March 14, 2012

The Honorable Sandra J. Feuerstein
Senior United States District Judge
United States District Court for the
Eastern District of New York
1014 Federal Plaza
Central Islip, New York 11722

    Re:  United States v. Jeffrey Lochard
         Criminal Docket No. 10-996 (SJF)

Dear Judge Feuerstein:

    The defendant is scheduled to be sentenced by Your Honor on Thursday, March 15, 2012.

    The government respectfully requests that the sentence be adjourned to Wednesday, April 4, 2012 at 11:15 am. The government has contacted defense counsel and he joins in this application.

                                  Respectfully submitted,

                                  LORETTA E. LYNCH
                                  United States Attorney

                     By:    /s/
                              Michael P. Canty
                              Assistant U.S. Attorney
                              (631) 715-7874

cc Spiro Ferris, Esq.
   Amrita Ashok, U.S. Probation Officer (by email)