UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

UNITED STATES OF AMERICA,

       -against-

JEFFREY LOCHARD,

                 Defendant.
_____X

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   MAR 07 2014   ★

**LONG ISLAND OFFICE**

**ORDER**
10-CR-996 (SJF)

FEUERSTEIN, J.

    In light of the order of the United States Court of Appeals for the Second Circuit dated February 19, 2014, defendant may serve and file a supplemental "Motion for Modification of Judgment of Sentence (Component Imposing Restitution Only)," which the Second Circuit construed to be a motion to impose or modify an order of restitution pursuant to 18 U.S.C. § 3664, addressing the issues raised by the Second Circuit on pages six (6) through eight (8) of its February 19, 2014 order, **on or before March 31, 2014**, or the motion for modification will be decided "anew" solely upon the original papers filed with the Court on November 19, 2012, (Doc. No. 46). The government shall serve and file a response to the motion for modification **on or before April 10, 2014**. Defendant shall serve and file any reply to the government's response **on or before April 21, 2014**.

    Pursuant to Rule 49(c) of the Federal Rules of Criminal Procedure, the Clerk of the Court shall serve: (1) a copy of this Order, together with a copy of the Second Circuit's February 19, 2014 order, upon defendant, in accordance with Rule 5(b)(2) of the Federal Rules of Civil Procedure and (2) a copy of this Order upon defendant's counsel of record and the government in accordance with Rule 5(b)(1) of the Federal Rules of Civil Procedure.

SO ORDERED.

                              s/ Sandra J. Feuerstein
                              _____
                              SANDRA J. FEUERSTEIN
                              United States District Court

Dated: March 7, 2014
       Central Islip, New York